UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>    Defendant. | 1:23-cv-00969-EPG (PC)<br><br>ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE $402.00 FILING FEE WITHIN THIRTY DAYS |

    Plaintiff is a civil detainee proceeding *pro se* in a civil rights action filed pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

    Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS ORDERED that:

    1.    The Clerk's Office shall send Plaintiff the attached form for application to proceed *in forma pauperis* for a non-prisoner;

    2.    Within thirty days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* for a non-prisoner, or in the alternative, pay the $402.00 filing fee for this action.

\\\
\\\
\\\
\\\
\\\

1

Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **June 29, 2023**                           /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE

2