UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE CLENDENIN, *et al.*,<br><br>　　　　　Defendants. | 1:23-cv-00969-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 5) |

Plaintiff is a civil detainee proceeding *pro se* in this civil rights action. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000)

In the instant action, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 5). Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, IT IS ORDERED that the application to proceed *in forma pauperis* (ECF No. 5) is granted.
IT IS SO ORDERED.

　　Dated:  **July 19, 2023**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1